UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14040-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),

vs.

**JOHN CHARLES WENDEHAKE**
**#75710-004,**

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [58] on Defendant's Motion Request for Competency Hearing [27] and Defendant's Motion to Suppress Testimonial and Physical Evidence [35]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation [58] is hereby **ADOPTED**.

DONE AND ORDERED in Chambers at Ft. Pierce, Florida this 4th day of December, 2006.

                                          K. MICHAEL MOORE
                                          UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record