UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14040-CR-MOORE

**UNITED STATES OF AMERICA,**

        Plaintiff(s),

vs.

**JOHN CHARLES WENDEHAKE**
**#75710-004,**

        Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [46] on Defendant's Motion to Dismiss Count or in the Alternative Motion to Elect or Consolidate Counts [28]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation [46] is hereby **ADOPTED**.

DONE AND ORDERED in Chambers at Ft. Pierce, Florida this ___ day of December, 2006.

                                           K. MICHAEL MOORE
                                           UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record